# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEREMIAH MOORE,** *et al.*, : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-CV-2695** |
| : | |
| **MS. DURAND,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 23rd day of September, 2022, upon consideration of Plaintiff Jeremiah his *pro se* Amended Complaint (ECF No. 12), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum as follows:

    a. Moore's federal constitutional claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    b. Moore's state law negligence claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. The Clerk of Court is **DIRECTED** to close this case.

                                                    **BY THE COURT:**

                                                    **/s/ Juan R. Sánchez**
                                                    **JUAN R. SÁNCHEZ, C.J.**