IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMIAH MOORE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-2695 |
| | : | |
| MS. DURAND | : | |

## **ORDER**

AND NOW, this 9th day of January, 2025, upon consideration of Defendant Ms. Durand's Motion to Dismiss, to which no opposition has been filed to date, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (ECF No. 35) is GRANTED.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.